UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55233-024

UNITED STATES OF AMERICA )
        Plaintiff ) Case Number: CR 00-6049-1-R-Dimi
                              ) REPORT COMMENCING CRIMINAL
-vs-                 ) ACTION
                              )
Anthony Garilli )
        Defendant

FILED BY MAR 9 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

TO: Clerk's Office    MIAMI  (FT. LAUDERDALE)  W. PALM BEACH
    U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 3-9-00  8:05 am/pm

(2) Language Spoken: English

(3) Offense(s) Charged: 18 Sec 371
                            26 Sec 7206(1)

(4) U.S. Citizen [✓] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 8-10-53

(6) Type of Charging Document:  (check one)
    [✓] Indictment  [ ] Complaint  To be filed/Already filed
    Case# 00-6049 CR Dimitrouleas

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: Southern District Ft Lauderdale

COPY OF WARRANT LEFT WITH BOOKING OFFICER  [✓] YES  [ ] NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 3-9-00  (9) Arresting Officer: SA Tery Nieu

(10) Agency: IRS-CID  (11) Phone: 305 982-5218

(12) Comments: _____