COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: ANTHONY GARILLI       (surr)        CASE NO:  00-6049-CR-DIMITROULEAS
AUSA: GREG TORTELLA /Behnke              ATTY:  BEN KUEHNE & John Sale
AGENT: _____                     VIOL:  18:371; 26:7206
PROCEEDING I/A ON INDICTMENT              RECOMMENDED BOND _____
BOND HEARING HELD - yes/~~no~~            COUNSEL APPOINTED _____
       BOND SET @ 100,000 PSB

FILED by ___ D.C.
MAR - 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

SPECIAL CONDITIONS:
1) To be cosigned by: _____
2) Rpt to PTS   /  x's a wk/month by phone;   /  x's a wk/month in person
3) Travel extended ~~to~~ throughout Cont US for family or business w/ 24 hour notice to PTS

Advised of charges — next for IRC & arraignment

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:  3-20  //  LSS
                         PTD/BOND HRG:
                         PRELIM/ARRAIGN:      3-20  //  LSS
                         REMOVAL HRG:
                         STATUS CONF:

Date: 3/9/00   Time: 11:00   FTL/LSS TAPE #00- 015   Begin: 1808   End: 2148