AO 442 (Rev. 12/85) Warrant for Arrest   SAUSA'S Beth M. Elfrey/Greg Tortella-S/A Mark Dunkel, IRS-CID (Mia)

## United States District Court    457217
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

ANTHONY GARILLI

**WARRANT FOR ARREST**

TO: The United States Marshal
and any Authorized United States Officer

CASE NUMBER:

**00-6049**

**CR-DIMITROULEAS**

YOU ARE HEREBY COMMANDED to arrest ANTHONY GARILLI

Name MAGISTRATE JUDGE SNOW

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him with (brief description of offense) conspiring to impede and impair the Internal Revenue Service, in violation of title 18, United States Code, Section 371, and willfully filing false federal income tax returns, in violation of Title 26, United States Code, Section 7206(1)

in violation of Title __18__ United States Code, Sections 371 and 26, United States Code Section 7206(1)

CLARENCE MADDOX
Name of Issuing Officer

[signature]
Signature of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

March 2, 2000, Fort Lauderdale, Florida
Date and Location

[signature] Lurana S. Snow

Bail fixed at ~~PRE-TRIAL DETENTION~~   By LURANA S. SNOW, CHIEF MAGISTRATE JUDGE
100,000 personal surety,
Not to be incarcerated overnight
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above defendant at
Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3/2/2000 | James A. Tassone, US Marshal | |
| DATE OF ARREST 3/9/2000 | FOR: IRS | Fred Depompa, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest