COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: ANTHONY GARILLI    (B)        CASE NO:    00-6049-CR-DIMITROULEAS
AUSA: GREG TORTELLA /Beth ?         ATTY: _____ Zimet /~~JOHNSALE~~
AGENT: _____             VIOL: _____
PROCEEDING INQ RE CNSL/ARRAIGNMENT  RECOMMENDED BOND_____
BOND HEARING HELD - yes/no          COUNSEL APPOINTED_____
    BOND SET @
    SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person
3) Travel extended to:

Cnsl requested more time

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:
                          PTD/BOND HRG:
                          PRELIM/(ARRAIGN:)   3-27  11   LSS ✓
                          REMOVAL HRG:
                          STATUS CONF:

Date: 3/20/00    Time 11:00    FTL/LSS TAPE #00- 015    Begin: 3461    End: 3530

