UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6049-CR-DIMITROULEAS

MAGISTRATE JUDGE: SNOW

UNITED STATES OF AMERICA,

    Plaintiff

vs.

SAMUEL VELEZ, JR.,
ANTHONY GARILLI, and
JOSEPH SALINA,

    Defendants.
_____/

## NOTICE OF APPEARANCE

The law firm of BRUCE A. ZIMET, P.A. files this Notice of Appearance on behalf of Defendant, ANTHONY GARILLI, and directs all parties to forward copies of any pleadings to the undersigned.

Respectfully submitted,

BRUCE A. ZIMET, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
(954) 764-7081 (Fort Lauderdale)
(305) 948-3648 (Miami)
(954) 760-4421 (Fax)

BY:_____
BRUCE A. ZIMET, ESQ.
Florida Bar No. 225053



## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing Notice was mailed this __21st__ day of March 2000 to: United States Attorney's Office, 500 Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33301, Beth M. Elfrey, Special Attorney, U.S. Department of Justice, Tax Division, 950 Pennsylvania Avenue, N.W., Room 4744, Washington, D.C. 20530, and Gregory E. Tortella, Special Attorney, U.S. Department of Justice, Tax Division, 950 Pennsylvania Avenue, N.W., Room 4744, Washington, D.C. 20530.

_____
BRUCE A. ZIMET, ESQ.