COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: ANTHONY GARILLI                          CASE NO: 00-6049-CR-DIMITROULEAS
AUSA: Greg Tortella *by Bardfield*             ATTY: Bruce Zimet
AGENT:                                          VIOL:
PROCEEDING    Arraignment                       RECOMMENDED BOND
BOND HEARING HELD - yes/no                      COUNSEL APPOINTED

____ BOND SET @

____ SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person

3) Travel extended to:

FILED by ___ D.C.
MAR 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

~~Reading of indictment Waived~~
~~Not Guilty plea entered~~
~~Jury trial demanded~~
~~Standing Discovery Order requested~~

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:

                          PTD/BOND HRG:

                          PRELIM/ARRAIGN:

                          REMOVAL HRG:

                          STATUS CONF: April 4, 2000 @ 11:00 a.m.

FTL/LSS
Date: March 27, 2000  Time 11:00 a.m. TAPE #00-017    Begin: 1650 End: 1700

