Case 0:00-cr-06049-WPD    Document 36    Entered on FLSD Docket 03/29/2000    Page 1 of 1



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6049-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

ANTHONY GARILLI

<u>ARRAIGNMENT INFORMATION SHEET</u>

    The above named Defendant appeared before Magistrate Judge Lurana S. Snow on March 27, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: _____

                             _____

                         Telephone: _____

DEFENSE COUNSEL:    Name: *Bruce Zimet*

                         Address: _____

                             _____

                         Telephone: _____

BOND SET/(CONTINUED):    $_____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this _27th_ day of _March_, 2000.

                             CLARENCE MADDOX
                             COURT ADMINISTRATOR/CLERK OF COURT

                             By: *Amy Jordan*
                             Deputy Clerk
                             Tape No. _00-017_

cc: Copy for Judge
    U. S. Attorney