# COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Anthony Garilli (no deft)    CASE NO: 00-6049-CR-Dimitrouleas
AUSA: Greg Tortella / Rice    ATTNY: Bruce Zimet *present*
AGENT: _____    VIOL: _____
PROCEEDING: Status Conference    BOND REC: _____
BOND HEARING HELD - yes/no    COUNSEL APPOINTED: _____

FILED by ___ D.C.
APR 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

___ BOND SET @ _____
CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House _____
    ___ Electronic Monitoring _____

Discovery - problem (outside contractor working on - 70 boxes to be provided within a week)

△ - to file mot to request addl time for motions

Govt file suppl response to SDO

△ - will move for cont.

NEXT COURT APPEARANCE:    DATE: ___    TIME: ___    JUDGE: ___
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____
DATE: 4-11-00    TIME: 11:00am    TAPE # 00-024    PG # 10

3959-3607
00-025
1-35

45/pg