UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6049-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

VS.

ANTHONY GARILLI,

        Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on April 11, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that the discovery materials in this matter are voluminous and fill seventy (70) boxes. The Government is in the process of copying those documents it intends to introduce at trial and will tender them to defense counsel within the week. The Government further represented that it is ready to proceed and that there are no motions currently pending.

2. Defense counsel requested and the Court ordered that the Government supplement its discovery response to indicate whether it complied with each paragraph of the Standing Discovery Order in its initial discovery response; the Government will do so

1



within a week. Further, given the volume of documents, counsel informed the Court that he will be moving to continue the trial of this cause for six months.

DATED at Fort Lauderdale, Florida this 11th day of April 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Greg Tortella, Esquire
Assistant United States Attorney

Bruce Zimet, Esquire
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394-0005
Attorney for Defendant