UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

APR 17 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,                    CASE NO.  00-6049-CR-DIMITROULEAS

       Plaintiff,

vs.

SAMUEL VELEZ, JR., and
ANTHONY GARILLI,

       Defendants.

_____/

## ORDER DENYING WITHOUT PREJUDICE UNOPPOSED
## MOTION TO CONTINUE TRIAL

     THIS CAUSE having come before the Court on the Defendants April 14, 2000

Unopposed Joint Omnibus Motion For Continuance, bearing Certificate of Service dated April

14, 2000, and the Court having been fully advised, it is hereby

     ORDERED AND ADJUDGED that said motion is DENIED without prejudice to renew

at the Calendar Call.

     DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

17 day of April, 2000.

                               WILLIAM P. DIMITROULEAS
                               United States District Judge

Copies furnished to:

Greg Tortella, Esquire
P.O. Box 972
Washington, D.C.  20044



Mark S. Nurik, Esquire
200 E. Broward Boulevard, #1500
Ft. Lauderdale, Florida 33301

Bruce A. Zimit, Esquire
1 Financial Plaza
Ft. Lauderdale, Florida 33394