UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

APR 2 4 2000

CLARENCE MADDOX
CLERK U S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,                    CASE NO. 00-6049-CR-DIMITROULEAS

      Plaintiff,

vs.

                                       **ORDER GRANTING CONTINUANCE**

SAMUEL VELEZ, JR.
ANTHONY GARILLI
      Defendant.
_____/

This matter having come before the Court on April 21, 2000 on Defendants' Joint Motion

to Continue. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to the two-week trial

calendar commencing July 10, 2000 at 9:00 A.M. o'clock, or as soon thereafter as the case may

be called. **Counsel and Defendant shall report to a Calendar Call** to be held on **July 7, 2000,**

**at 9:00** A.M. o'clock; it being further

ORDERED that the period from the date of this order to the time of trial shall be deemed

excludable in computing the time within which the trial of this case must commence pursuant to

Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by

continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

    DONE AND ORDERED this _____ day of April, 2000.

                                          _____
                                          WILLIAM P. DIMITROULEAS
                                          United States District Court Judge
                                          Southern District of Florida

cc:    Greg Tortella, AUSA
       Marc S. Nurik, Esq.
       Bruce A. Zimet, Esq.