UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6049-CR-DIMITROULEAS

MAGISTRATE JUDGE: SNOW

UNITED STATES OF AMERICA,

   Plaintiff

vs.

SAMUEL VELEZ, JR.,
ANTHONY GARILLI, and
JOSEPH SALINA,

   Defendants.
_____/



## UNOPPOSED MOTION TO TRAVEL

Defendant, ANTHONY GARILLI, by and through undersigned counsel, hereby files this Unopposed Motion to Travel. As grounds, Garilli states the following:

1. Anthony Garilli is currently on bond awaiting a July, 2000 trial date relating to federal tax offenses.

2. That Garilli has fully complied with all conditions of bond and had been aware of the pendency of the criminal investigation long prior to the return of the instant indictment.

3. That Garilli requests permission to travel between May 26th and May 28th, 2000 from Fort Lauderdale to Calgary, Canada for the purpose of business meetings relating to the operation of Gold's Gym.

4. That undersigned counsel has spoken with Department of Justice, Tax Division



Attorney, Greg Tortella concerning this application for travel and Mr. Tortella has no objection to said Motion.

5. That undersigned counsel will maintain a complete and specific itinerary for Mr. Garilli's travel.

WHEREFORE, Defendant, Anthony Garilli requests that this Unopposed Motion to Travel been granted.

Respectfully submitted,

BRUCE A. ZIMET, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
(954) 764-7081 (Fort Lauderdale)
(305) 948-3648 (Miami)
(954) 760-4421 (Fax)

BY: _____
BRUCE A. ZIMET, ESQ.
Florida Bar No. 225053

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice was mailed this __12th__ day of May 2000 to: United States Attorney's Office, 500 Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33301, Beth M. Elfrey, Special Attorney, U.S. Department of Justice, Tax Division, 950 Pennsylvania Avenue, N.W., Room 4744, Washington, D.C. 20530, and Gregory E. Tortella, Special Attorney, U.S. Department of Justice, Tax Division, 950 Pennsylvania Avenue, N.W., Room 4744, Washington, D.C. 20530.

_____
BRUCE A. ZIMET, ESQ.