UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6049-CR-DIMITROULEAS

MAGISTRATE JUDGE: SNOW

UNITED STATES OF AMERICA,

    Plaintiff

vs.

SAMUEL VELEZ, JR.,
ANTHONY GARILLI, and
JOSEPH SALINA,

    Defendants.
_____/

FILED by _____ D.C.

MAY 1 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

ORDER

THIS CAUSE having come before this Court pursuant to the Defendant, Anthony Garilli's Unopposed Motion to Travel to Calgary, Canada from May 26th through May 28th, 2000 and the Department of Justice, Tax Division having no objection to said travel, it is hereby,

ORDERED and ADJUDGED that Defendant, Anthony Garilli may travel to Calgary, Canada, May 26th through May 28th, 2000.

DONE and ORDERED this 15 day of May, 2000, at Fort Lauderdale, Florida.

HONORABLE WILLIAM DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:    Bruce A. Zimet, Esquire
       Greg Tortella, Special Attorney
       United States Attorney's Office
       US PROBATION