## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### Case No. 00-6049-CR-DIMITROULEAS/LYNCH

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| Plaintiff, | : |
| vs. | : |
| **SAMUEL VELEZ, JR.,** | : |
| **ANTHONY GARILLI, and** | : |
| **JOSEPH SALINA** | : |
| Defendant. | : |

### DEFENDANTS SAMUEL VELEZ, JR.'S AND ANTHONY GARILLI'S JOINT UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

**COMES NOW**, Defendants SAMUEL VELEZ, JR. ("Mr. Velez") and ANTHONY GARILLI ("Mr. Garilli"), by and through their undersigned counsel, and hereby move this Honorable Court for an enlargement of time to file their response in further support of their pending Joint Omnibus Motion (Dkt. # 55), on the following grounds:

1. On May 1, 2000, Messrs. Velez and Garilli filed their Joint Omnibus Motion with supporting memoranda of law to compel certain discovery responses and disclosures from the Government. (Dkt. # 55).

2. Pursuant to S.D. Fla. L.R. 7.1.C, the Government's opposition, if any, to the Joint Omnibus Motion, was required to be served by May 18, 2000.

3. The Government's opposition to the Joint Omnibus Motion was apparently filed on May 19, 2000 (Dkt. # 62), and was certified as having been mail served on May 18, 2000.

4. Although the Federal Rules provides an additional 3 days for mail service (or May 21st), the undersigned counsel did not receive their service copies of the Government's opposition until May 30, 2000 – more than 12 days after it was certified as having been mailed.

WPB:114084:1



United States of America v. Velez
Case No. 00-6049-CR-DIMITROULEAS
Defendants' Joint Unopposed Motion for Enlargement of Time

5. Pursuant to the Local Rule 7.1.C, the movants' reply in further support of their Joint Motion (Dkt. # 55) is due "five days after service of the an opposing memorandum," or May 26th. However, as detailed above, defense counsel did not receive their service copy of the opposing memorandum until May 30th – 4 days after the reply deadline provided for by the Local Rules.

6. Yesterday, Mr. Velez' counsel contacted the Government's Mr. Tortella to discuss the late arrival of the Government's opposition. The Government does not oppose the relief sought herein which provides the defense with adequate time to file their reply.

7. The enlargement of time will not in any way delay the trial of this case.

**WHEREFORE,** Messrs. Velez and Garilli respectfully request that the time for them to file their reply in further support of their Joint Omnibus Motion be enlarged through and including June 9, 2000, and for such other and further relief as the Court deems proper.

United States of America v. Velez
Case No. 00-6049-CR-DIMITROULEAS
Defendants' Joint Unopposed Motion for Enlargement of Time

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished U.S. mail this 1st day of June, 2000 to: Greg Tortella, Esquire, Department of Justice, Tax Division – S.C.E.S., P.O. Box 972, Ben Franklin Station Washington, DC 20044.

Respectfully Submitted,

RUDEN, McCLOSKY, SMITH,
SCHUSTER & RUSSELL, P.A.
200 E. Broward Boulevard
Suite 1500 Ft. Lauderdale, FL 33301
Tel:  954/764-6660
Fax:  954/764-4996

222 Lakeview Avenue, Suite 800
West Palm Beach, Florida 33401
Tel:  561/838-4500
Fax:  561/832-3036

By: _____
Marc S. Nurik
Florida Bar No. 272817
Michael S. Popok
Florida Bar No. 44131

and,

LAW OFFICES OF BRUCE ZIMET, P.A.
Counsel for Anthony Garilli
1 Financial Plaza
Ft. Lauderdale, FL 33394
Tel:  954/764-7081
Fax:  954/760-4421

By: _____
Bruce A. Zimet
Florida Bar No. 225053

WPB:114084:1

3