# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6049-CR-DIMITROULEAS/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SAMUEL VELEZ, JR.,
ANTHONY GARILLI, and
JOSEPH SALINA

    Defendant.



## AGREED ORDER ON DEFENDANTS MOTION FOR ENLARGEMENT OF TIME

**THIS CAUSE** having come before this Court pursuant to the Defendants, Samuel Velez Jr. and Anthony Garilli's Joint Unopposed Motion for Enlargement of Time to file their response in further support of their pending Joint Omnibus Motion (Dkt. #55), the parties having agreed, the Court having reviewed the Motion, and being otherwise fully advised in the premises, it is

**ORDERED** and **ADJUDGED** that the Motion is **GRANTED**. Defendants shall have until June 10, 2000 to file their reply in further support of their Joint Omnibus Motion.

**DONE** and **ORDERED** this _2_ day of June, 2000 in Chambers, in Fort Lauderdale, Florida.

                HONORABLE WILLIAM DIMITROULEAS
                UNITED STATES DISTRICT JUDGE

cc:    Michael Popok/Marc Nurik, Esq.
       Greg Tortella, Esq..
       United States Attorney's Office
       United States Probation Office

WPB:114113:1