UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

V.   CASE NO. 00-6049-CR-DIMITROULEAS

ANTHONY GARILLI

TYPE OF CASE:   CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.         COURTROOM 203E
FT. LAUDERDALE, FL 33301     DATE & TIME:
                             **JULY 5, 2000 AT 1:00 P.M.**

TYPE OF        CHANGE OF PLEA
HEARING:

CLARENCE MADDOX,
CLERK OF COURT

DATE:   June 26, 2000            BY DEPUTY CLERK

cc:   Greg Tortella, Special Attorney
      Bruce Zimet, Esq.

