UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, CASE NO. 00-6049-CR-DIMITROULEAS

Plaintiff,

vs.

SAMUEL VELEZ, JR. and
ANTHONY GARILLI,

Defendants.
_____/



## ORDER

THIS CAUSE having been heard upon Defendant's June 26, 2000 Joint Motion To Obtain Production Of Sections Of Salinas PSI and Relevant Past Bad Acts, and the Court having reviewed the Salinas PSI, finds as follows:

1. The Defendant's motion may be sufficient to warrant an in-camera hearing. U.S. v. Madrigal, 152 F. 3d 777 (8th Cir. 1998); U.S. v. Trevino, 89 F. 3d 187 (4th Cir. 1996).

2. The Court has the discretion to review the PSI report in camera. U.S. v. Johnson, 199 F. 3d 123 (3d Cir. 1999)., U.S. v. Wallace, 32 F. 3d 921 (5th Cir. 1994); U.S. v. Phillips, 854 F. 2d 273 (7th Cir. 1988). The Government should be aware of its Brady obligations. U.S. v. Mitchell, 178 F. 3d 904 (7th Cir. 1999).

3. The Court has reviewed the May 11, 2000 PSI on Joseph Salina, and finds no discoverable portions.

Wherefore, Defendant's Motion To Obtain Production Of PSI and Relevant Past Bad



Acts is DENIED without prejudice to the Government's obligation to produce <u>Brady</u> material.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 27 day of June, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Marc Nurik, Esquire
200 E. Broward Boulevard
#1500
Ft. Lauderdale, FL 33301

Bruce Zimet, Esquire
1 Financial Plaza, #2612
Ft. Lauderdale, FL 33394

Greg Tortella, Esquire
Department of Justice
Ben Franklin Station
Washington, DC 20044