**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**


FILED _____ D.C.
JUL 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE NUMBER: 00-6049-CR-WPD  DATE: July 5, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.  Anthony Spilli

U.S. ATTORNEY: Greg Tortella / Ted Doolittle   DEFT. COUNSEL: Bruce Zimet

REASON FOR HEARING: Change of plea.

RESULT OF HEARING: Deft sworn and questioned by Court. Deft to plead guilty to Count 1. Gov't agrees to dismiss Counts 5 & 8 at Sentencing. Court accepts guilty plea.

JUDGMENT: _____

CASE CONTINUED TO: 9/15/00   TIME: 10:30   FOR: Sentencing

MISC: written plea agreement filed.

