```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           FORT LAUDERDALE

                 CASE NO. 00-6049-CR-DIMITROULEAS
```

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ANTHONY GARILLI,

|  |  |
|---|---|
| Defendant. | **GOVERNMENT'S MOTION FOR** |
|  | **DEPARTURE FROM THE** |
| _____ / | **SENTENCING GUIDELINES** |

    The United States of America, by and through its undersigned attorneys, pursuant to Section 5K1.1 of the Sentencing Guidelines and policy statements issued by the Sentencing Commission, hereby submit the following Motion requesting that the Court impose a sentence upon defendant Anthony Garilli that is below the level established by the Sentencing Guidelines as the minimum sentence for his offense of conviction. In support of this Motion, the Government states as follows:

    1.    On July 5, 2000, defendant Anthony Garilli pled guilty to Count One of the indictment pursuant to a written plea agreement which provided, among other things, that he would testify in any proceedings as requested by the Government. Defendant Garilli specifically agreed



to provide assistance and testify against co-defendant Samuel Velez. Defendant Garilli was debriefed extensively in the above-captioned case and provided specific information concerning the criminal activities of defendant Velez which was crucial to the Government's case.

2. Defendant Garilli's cooperation was a factor which contributed to the guilty plea entered by defendant Velez before this Court on July 11.

3. Defendant Garilli is prepared to testify for the Government against defendant Velez at his upcoming sentencing hearings if asked to do so.

4. Defendant Garilli has been cooperative in providing assistance at the present time and this motion has been filed on his behalf in accordance with the plea agreement. This motion is being made to advise the Court that the Government believes the Court should depart downward from the applicable guideline range in sentencing defendant Garilli. The Government recognizes that the extent of the downward departure is a matter entrusted solely to the discretion of the Court.[1] In this regard, the Government believes that based upon all of the facts and circumstances of this case, including the amount of the fraud involved, Garilli's background, his role in the offense, and

---

[1] The undersigned will not make a specific recommendation unless requested by the Court.

his assistance to the authorities, the Court should impose a sentence of imprisonment that is below the applicable guideline range.

WHEREFORE, the United States respectfully requests that the Court impose a sentence upon defendant Anthony Garilli that is below the level established by the Sentencing Guidelines as the minimum sentence for his offense of conviction.

                    Respectfully submitted,

                    GUY A. LEWIS
                    United States Attorney

By: *[signature]*
                    Gregory E. Tortella
                    Special Attorney
                    United States Department of Justice
                    Florida Bar No. A5500373

*[signature]*

                    Theodore M. Doolittle
                    Special Attorney
                    United States Department of Justice
                    P.O. Box 972
                    Washington, D.C. 20044
                    Telephone: (202) 514-5145
                    Facsimile: (202) 514-0960

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September **8**, 2000, a true and correct copy of the foregoing was duly served by facsimile to Bruce Zimet, Esquire, One Financial Plaza, Suite 2612, Ft. Lauderdale, FL 33394.

                    *[signature]*
                    Gregory E. Tortella

```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
                  FORT LAUDERDALE

            CASE NO. 00-6049-CR-DIMITROULEAS
```

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY GARILLI,

    Defendant.

_____/

**ORDER**

HAVING CONSIDERED the Government's Motion For Departure from the Sentencing Guidelines:

IT IS ORDERED that said Motion be GRANTED.

SIGNED in Fort Lauderdale this \_\_\_\_\_ day of September, 2000.

                                          WILLIAM P. DIMITROULEAS
                                          UNITED STATES DISTRICT JUDGE