FILED by _____ D.C.
SEP 1 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE

CASE NO. 00-6049-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY GARILLI,

    Defendant.
_____/

**ORDER**

HAVING CONSIDERED the Government's Motion For Departure from the Sentencing Guidelines:

IT IS ORDERED that said Motion be ~~GRANTED~~. Deferred until sentencing

SIGNED in Fort Lauderdale this 11 day of September, 2000.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

CC: VIA FAX to:
Gregory Tortella
Theodore Doolittle

Envelopes not provided so please forward to Bruce Zimet, Esq.