**CRIMINAL MINUTES**

FILED by /*/*/ D.C.
SEP 1 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6049-CR-WPD   DATE: September 15, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Frank    INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Anthony Gairulli

U.S. ATTORNEY: Greg Tortella / Doolittle    DEFT. COUNSEL: Bruce Zimet

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed:
3 years probation, $1,000.00 Fine,
$50.00 assessment, 50 hours Community
Service, for 1 year

Gov't Dismisses Remaining Counts.

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: 5K1.1 motion Granted