UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6049-CR-DIMITROULEAS

MAGISTRATE JUDGE: SNOW

UNITED STATES OF AMERICA,

    Plaintiff

vs.

SAMUEL VELEZ, JR.,
ANTHONY GARILLI, and
JOSEPH SALINA,

    Defendants.
_____/

FILED by _____ D.C.

SEP 1 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

O R D E R

THIS CAUSE having come before this Court pursuant to the Defendant, Anthony Garilli's Motion Requesting Clarifications of Conditions of Probation, it is hereby,

ORDERED and ADJUDGED that Defendant's Motion Requesting Clarifications of Conditions of Probation is _Granted. Random drug testing is substituted for drug evaluation and treatment. Employment travel allowed with prior notice to probation._

DONE and ORDERED this ___18__ day of September, 2000 at Fort Lauderdale, Florida.

_____
HONORABLE WILLIAM DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:    Bruce A. Zimet, Esquire
       Greg Tortella, Special Attorney
       United States Attorney's Office
       Jennifer Speer, U.S. Probation