# United States District Court

## Southern District of Florida

UNITED STATES OF AMERICA
v.
**ANTHONY GARILLI**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **0:00CR06049-002**
Bruce Zimet, Esq./Greg Tortella, AUSA
Defendant's Attorney

**THE DEFENDANT:**

- [X] pleaded guilty to count(s) **1**
- [ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.
- [ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to Obstruct the Internal Revenue Service | 10/31/1995 | 1 |

FILED by ___ D.C.
SEP 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The defendant is sentenced as provided in pages 2 through **6** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- [ ] The defendant has been found not guilty on count(s) _____
- [X] Count(s) **ALL REMAINING** are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **08/10/1953**
Defendant's USM No.: **55232-004**
Defendant's Residence Address:
**5424 Point Villa Drive**
**Lighthouse Point**
**FL** **33064**
Defendant's Mailing Address:
**5424 Point Villa Drive**
**Lighthouse Point** **FL** **33064**

09/15/2000
Date of Imposition of Judgment

Signature of Judicial Officer

**WILLIAM P. DIMITROULEAS**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

September 19, 2000
Date



FILED
'00 OCT 16 A9:55

No further action required by
the U.S. Marshals Service.

JAMES A. TASSONE
UNITED STATES MARSHAL

SDUSM

E.D. PURCHASE