UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6049-CR-DIMITROULEAS

MAGISTRATE JUDGE: SELTZER

UNITED STATES OF AMERICA,

    Plaintiff

vs.

ANTHONY GARILLI,

    Defendants.
_____/

## ORDER

THIS CAUSE having come before this Court pursuant to the Defendant, Anthony Garilli's Unopposed Motion to Amend Probation Status to "Non Reporting Probation", it is hereby,

ORDERED and ADJUDGED that Defendant's Unopposed Motion to Amend Probation Status to "Non Reporting Probation" is _granted_.

DONE and ORDERED this 13 day of July, 2001 at Fort Lauderdale, Florida.

HONORABLE WILLIAM DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:   Bruce A. Zimet, Esquire
      Greg Tortella, Special Attorney
      United States Attorney's Office
      Lawrence Martin, U.S. Probation