UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6049-CR-DIMITROULEAS

MAGISTRATE JUDGE: SELTZER

UNITED STATES OF AMERICA,
      Plaintiff,

vs.

ANTHONY GARILLI,
      Defendant.
_____/

FILED by ___ D.C.
INTAKE
JUL 26 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

## MOTION FOR EARLY TERMINATION OF PROBATION

Defendant, ANTHONY GARILLI, by and through undersigned counsel, files this Motion for Early Termination of Probation in the above styled case. As grounds, Garilli states the following:

1. Anthony Garilli was placed on 36 months probation on September 15, 2000 by this Court.

2. Garilli has successfully completed approximately 22 months (60 percent) of his probationary sentence.

3. Garilli has complied with all requirements of his probation including his community service hours.

4. Anthony Garilli's probation officer is Lawrence Martin (954-769-5518). Mr. Martin is precluded by office policy from making any recommendations concerning early termination of probation.

5. Department of Justice Special Attorney Gregory E. Tortella has no objection to the granting of this Motion.



WHEREFORE, Anthony Garilli requests that this Motion for Early Termination of Probation be granted.

        Respectfully submitted,

        BRUCE A. ZIMET, P.A.
        One Financial Plaza, Suite 2612
        Fort Lauderdale, Florida 33394
        (954) 764-7081 (Fort Lauderdale)
        (305) 948-3648 (Miami)
        (954) 760-4421 (Fax)

BY: _____
        BRUCE A. ZIMET, ESQ.
        Florida Bar No. 225053

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was mailed this ___25th___ day of July, 2002 to: United States Attorney's Office, 500 Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33301, Gregory E. Tortella, Special Attorney, U.S. Department of Justice, Tax Division, 950 Pennsylvania Avenue, N.W., Room 4744, Washington, D.C. 20530 and Lawrence Martin, U.S. Probation Office, 299 East Broward Boulevard, 4th Floor, Fort Lauderdale, Florida 33301.

_____
BRUCE A. ZIMET, ESQ.