UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6049-CR-DIMITROULEAS

MAGISTRATE JUDGE: SELTZER

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

ANTHONY GARILLI,
    Defendants.
_____/

FILED by ___ D.C.
JUL 26 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having come before this Court pursuant to the Defendant, Anthony Garilli's Motion for Early Termination of Probation it is hereby,

ORDERED and ADJUDGED that Defendant's Motion for Early Termination of Probation is Denied.

DONE and ORDERED this 26 day of July, 2002 at Fort Lauderdale, Florida.

HONORABLE WILLIAM DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:    Bruce A. Zimet, Esquire
        Greg Tortella, Special Attorney
        United States Attorney's Office
        Lawrence Martin, U.S. Probation

